

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2022

No. 04-22-00357-CV

**IN THE INTEREST OF L.R.R. AND A.P.R.**, Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00430
Honorable Linda A.  Rodriguez, Judge Presiding

# O R D E R

In this accelerated appeal, the notice of appeal was filed in the trial court on June 14, 2022, and the reporter's record was initially due on June 24, 2022.  *See* TEX. R. APP. P. 35.1(b).

However, the original notice of appeal was not sent to the court reporter responsible for preparing the record, *contra* TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a); TEX. R. APP. P. 25.1(e), and no docketing statement was filed, *contra* TEX. R. APP. P. 32.1.

On September 27, 2022, court reporter Rachelle Thompson filed a first motion for extension of time to file the reporter's record.  She requested an extension until October 7, 2022.

The request is GRANTED; the reporter's record is due on October 7, 2022.  *See id.* R. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

It is so **ORDERED** September 29, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court